**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 19-0876 (TNM) |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's May 1, 2019, minute order, respectfully submit this joint status report:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit are nearly identical FOIA requests served on the United States Food and Drug Administration ("FDA") and National Institutes of Health ("NIH"), components of the United States Department of Health and Human Services ("Defendant").

2. Plaintiff initiated this action on March 27, 2019, and Defendant filed an answer on May 1, 2019. That same day the Court ordered the parties to meet and confer and submit a joint status report by June 3, 2019. The parties met and conferred by telephone on May 21, 2019.

3. NIH is nearing completion of its processing of records responsive to Plaintiff's request. It anticipates producing all responsive records not subject to one or more claims of exemption by the end of June 2019.

4. Two offices within the FDA have been identified as having records potentially responsive to Plaintiff's request: The Office of Acquisitions and Grant Services ("OAGS") and

the Center for Drug Evaluation and Research ("CDER"). OAGS has identified records potentially responsive to Plaintiff's request and anticipates beginning "rolling" productions of responsive records not subject to claims of exemption in July 2019. OAGS is not yet able to estimate the volume of potentially responsive records or how many productions might be required to respond to Plaintiff's request. CDER has a substantial backlog of FOIA requests and is not yet able to estimate the volume of potentially responsive records or how many productions might be required to respond to Plaintiff's request. The parties are discussing ways to prioritize or focus the request to enable CDER to identify potentially responsive records and begin productions sooner.

5. The parties do not believe an *Open America* stay will be requested in this case. Plaintiff typically likes to review a *Vaughn* Index or draft *Vaughn* Index to assess an agency's claims of exemption to try to narrow the issues that require briefing but believes such a step is premature until productions are complete. The parties also believe it is premature to set a briefing schedule for dispositive motions. They propose filing a further status report on August 2, 2019.

Dated: May 31, 2019

Respectfully submitted,

/s/ *Paul J. Orfanedes*
PAUL J. ORFANEDES
D.C. Bar No. 429716
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: porfanedes@judicialwatch.org

*Counsel for Plaintiff*

- 3 -

JESSIE K. LIU, D.C.
Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C.
Bar No. 924092
Chief, Civil Division

*/s/ Denise M. Clark*
DENISE M. CLARK
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Tel:     (202) 252-6605
Email:  Denise.Clark@usdoj.gov

*Counsel for Defendant*